UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

STEPHANIE SNOW, etc.,

    Plaintiff,

v.                              Case No.3:12-cv-1215-J-12MCR

BECK AUTO SALES, INC.,

    Defendant.
_____

## ORDER

**THIS CAUSE** is before the Court on Defendant's Response to Order to Show Cause (Doc. 16) and Certificate of Interested Persons and Corporate Disclosure Statement (Doc. 17), filed April 26, 2013. Defendant filed both documents in response to the Court's Order to Show Cause (Second Order to Show Cause, Doc. 13) directing Defendant to file a written response why sanctions should not be imposed for its failure to comply with this Court's Orders.

The Court notes that Defendant did not file a written response to the Court's Order to Show Cause (First Order to Show Cause, Doc. 9), directing the parties to show cause why the case should not be dismissed and sanctions imposed due to the parties' failure to file a Case Management Report within the time prescribe by the Local Rules for the United States District Court of the Middle District of Florida. Defendant, however, did participate in the preparation of the Case Management Report (Doc. 10), which was submitted by Plaintiff the day after she filed her response (Doc. 11) to the First Order to Show Cause.

Upon review of the parties' submissions and the court record, it appears that the case is now on track to be resolved. The Court will discharge the First and Second Orders to Show Cause, without imposition of sanctions, with the admonishment to both parties that they strictly adhere to the Orders of this Court and all applicable rules of procedure.

Accordingly, it is hereby **ORDERED**:

The Court's Orders to Show Cause (Docs. 9 and 13) are **DISCHARGED**.

**DONE AND ORDERED** in Jacksonville, Florida, this ___7th___ day of May, 2013.

MARCIA MORALES HOWARD
United States District Judge

Copies to:

Counsel of Record